IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JULIUS MCLEOD, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:19-cv-00179-ACA-TMP |
| CHRISOTPHER GORDY, et al., | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Julius McLeod, Jr., an Alabama state prisoner acting *pro se*, filed this habeas corpus action pursuant to 28 U.S.C. § 2254. (Doc. 1). On March 4, 2019, the magistrate judge entered a report and recommendation, recommending that the court dismiss this case without prejudice for lack of jurisdiction because Mr. McLeod's petition amounts to a successive § 2254 application, for which he lacks authorization from the Eleventh Circuit, as required by 28 U.S.C. § 2244(b). (Doc. 5). The magistrate judge instructed Mr. McLeod of his right to file objections within 14 days. (Doc. 5 at 9-10). To date, no objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DISMISS WITHOUT PREJUDICE** Mr. McLeod's petition for a

writ of habeas corpus, for lack of jurisdiction. The court will enter a separate order consistent with his memorandum opinion.

**DONE** and **ORDERED** this April 2, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE